# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIKA ARELENE WHITTON,
                Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,
                Defendant.

Case No. 5:20-cv-01193-MEMF (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits, and dismissing this action with prejudice.

Dated: March 22, 2023

                                    MAAME EWUSI-MENSAH FRIMPONG
                                          United States District Judge